UNITED STATES DISTRICT COURT
District of Columbia

Mr. Jan F. Becker, Pro Se
Political Prisoner #A349-713
         Petitioner,

v.

Warden Stewart C. Hudson, G.W. Bush,
A. Gonzales & Nancy Pelosi, et al,
Robert M. Gates, D. Cheney, Condi Rice,
Paul Wolfowitz, T. Collins, M. Randle, etc.
         Respondents

**AFFIDAVIT OF PRISONER**

S.J. William B. Bryant
S.J. Louis F. Oberdorfer
S.J. John Garrett
(Requested 3-judge panel)

Case Number: 07 0316

FILED
FEB -9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, Mr. Jan F. Becker, Pro Se, declare that I am the

__✓__ plaintiff/petitioner          ____ movant (filing 28 U.S.C. § 2255 motion)

____ respondent/defendant          ____ other

in the above-entitled proceeding. I am requesting to proceed without being required to prepay the entire filing fee. In support of my request, I state that because of my poverty, I am unable to prepay the entire filing fee or give security therefor.

In further support of this request, I answer the following questions.

1. Are you present employed?
   ____ yes   __✓__ no

   a. If the answer is "yes" state the amount of your salary or wages per month.

   b. If the answer is "no" state the date of the last employment and the amount of the salary and wages per month which you received.

2. Do you have a work program or status assignment or other circumstance which causes you to be paid by the agency which has custody of you?
   __✓__ yes   ____ no

   If the answer is "yes" state the amount paid or credited to you each month.
   $17.00 minus $4.25 child support = $12.75

3. Have you received within the past twelve months any money from any of the following sources?

   a. Business profession or other form of self-employment?
   _____ yes   __✓__ no

   b. Rent payments, interest or dividends?
   _____ yes   __✓__ no

   c. Pensions, annuities or life insurance payments?
   _____ yes   __✓__ no

   d. Gifts or inheritances?
   _____ yes   __✓__ no

   e. Any other sources?
   __✓__ yes   _____ no

If you answered "yes" to any of the above questions, describe each source of money and state the amount received from each during the past twelve months.

See Certified Account Statement Attached.

4. Do you own any cash or do you have money in checking or savings accounts?
   _____ yes   __✓__ no

If the answer is "yes" state the total value of the items owned.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __FRi, JAN. 5, 2007__        __Rv. Jan F. Becker__
                Date                          Signature of Applicant

08/27/2006             Mansfield Correctional Institution

Inmate Demand Statement

| Inmate Name: | BECKER, JAN F | Number: A399713 |
| Lock Location: | ManCI,2,A,A,,226 | |

Date Range: 03/01/2006  Through  08/28/2006

| Beginning Account Balances: | | | | Ending Account Balances: | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Saving | Debt | Payable | | Saving | Debt | Payable |
| Inmate's Personal | $0.00 | $0.00 | $0.00 | Inmate's Personal A | $85.52 | $0.00 | $0.00 |
| **Begin Totals** | **$0.00** | **$0.00** | **$0.00** | **End Totals** | **$85.52** | **$0.00** | **$0.00** |

| Transaction Date | Transaction Amount | Description | Comment | Saving Balance | Debt Balance | Payable Balance |
| --- | --- | --- | --- | --- | --- | --- |
| 03/01/2006 | ($22.76) | COMMISSARY | | | | |
| 03/01/2006 | $50.00 | RECEIPTS (MAIL) | | | | |
| 03/08/2006 | ($31.97) | COMMISSARY | | | | |
| 03/09/2006 | $17.00 | EARNINGS | | | | |
| 03/09/2006 | ($4.25) | CHILD SUPPORT | | | | |
| 03/17/2006 | ($0.24) | POSTAGE | | | | |
| 03/17/2006 | ($0.24) | POSTAGE | | | | |
| 03/22/2006 | ($27.34) | COMMISSARY | | | | |
| 03/29/2006 | ($16.77) | COMMISSARY | | | | |
| 03/30/2006 | $50.00 | RECEIPTS (MAIL) | | | | |
| 04/05/2006 | ($15.80) | COMMISSARY | | | | |
| 04/06/2006 | $17.00 | EARNINGS | | | | |
| 04/06/2006 | ($4.25) | CHILD SUPPORT | | | | |
| 04/06/2006 | ($24.50) | SALES | | | | |
| 04/19/2006 | ($14.45) | COMMISSARY | | | | |
| 04/19/2006 | $50.00 | RECEIPTS (MAIL) | | | | |
| 04/20/2006 | ($10.00) | TREASURY FUNDS | | | | |
| 04/20/2006 | ($10.00) | TREASURY FUNDS | | | | |
| 04/26/2006 | ($31.10) | COMMISSARY | | | | |
| 05/03/2006 | ($15.45) | COMMISSARY | | | | |
| 05/04/2006 | $17.00 | EARNINGS | | | | |
| 05/04/2006 | ($4.25) | CHILD SUPPORT | | | | |
| 05/08/2006 | $50.00 | RECEIPTS (MAIL) | | | | |
| 05/17/2006 | ($40.05) | COMMISSARY | | | | |
| 05/18/2006 | ($3.00) | MEDICAL CO-PAYMENTS | | | | |
| 05/24/2006 | ($5.38) | COMMISSARY | | | | |

07 0316

Page: 1/3   A399713   BECKER, JAN F                ManCI   08/27/2006

FILED
FEB - 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| Date | Amount | Description | | Balance | | |
|---|---|---|---|---|---|---|
| 05/31/2006 | ($5.01) | COMMISSARY | | | | |
| 06/06/2006 | $50.00 | RECEIPTS (MAIL) | | | | |
| 06/07/2006 | ($26.14) | COMMISSARY | | | | |
| 06/08/2006 | $17.00 | EARNINGS | | | | |
| 06/08/2006 | ($4.25) | CHILD SUPPORT | | | | |
| 06/09/2006 | ($3.00) | SALES | | | | |
| 06/12/2006 | ($10.00) | TREASURY FUNDS | | | | |
| 06/12/2006 | ($10.00) | TREASURY FUNDS | | | | |
| 06/21/2006 | ($22.27) | COMMISSARY | | | | |
| 06/21/2006 | ($8.61) | POSTAGE | | | | |
| 06/21/2006 | ($4.06) | POSTAGE | | | | |
| 06/22/2006 | ($1.11) | POSTAGE | | | | |
| 06/23/2006 | ($0.48) | POSTAGE | | | | |
| 07/05/2006 | ($3.37) | COMMISSARY | | | | |
| 07/10/2006 | $50.00 | RECEIPTS (MAIL) | | | | |
| 07/12/2006 | $50.02 | Beginning Cactas Balance | Beginning Cactas Balance | $50.02 | $0.00 | $0.00 |
| 07/13/2006 | $17.00 | State Pay | State Pay | $67.02 | $0.00 | $0.00 |
| 07/18/2006 | ($4.25) | Payment to Ohio Child Support Payment Central | Child Support Payment July | $62.77 | $0.00 | $0.00 |
| 07/18/2006 | $4.25 | Payment to Ohio Child Support Payment Central | Reversed Task No. 428286 | $67.02 | $0.00 | $0.00 |
| 07/18/2006 | ($4.25) | Payment to CHILD SUPPORT | July Payments | $62.77 | $0.00 | $0.00 |
| 07/25/2006 | ($42.62) | Commissary Sale | Ticket Number 964 | $20.15 | $0.00 | $0.00 |
| 08/08/2006 | ($6.86) | Commissary Sale | Ticket Number 3698 | $13.29 | $0.00 | $0.00 |
| 08/10/2006 | $17.00 | State Pay | State Pay | $30.29 | $0.00 | $0.00 |
| 08/11/2006 | ($4.25) | Payment to CHILD SUPPORT | August Child Support Payment | $26.04 | $0.00 | $0.00 |
| 08/16/2006 | ($10.00) | Copy Charges | xerox | $16.04 | $0.00 | $0.00 |
| 08/22/2006 | ($5.52) | Commissary Sale | Ticket Number 5776 | $10.52 | $0.00 | $0.00 |
| 08/24/2006 | $75.00 | Money Order | Money Order | $85.52 | $0.00 | $0.00 |

I certify this document is a true and accurate account of inmate Becker 399-713's financial record on file in my office.

*Co Nw*     CRIS NASH CASHIER MANCI   8/27/06

Cris Nash/Cashier/ ManCI     Date

Outstanding Debts:

| Start Date | Description | Case | Agency | County | Total Debt | Paid to Date | Balance Owed |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Total Outstanding Case Balances | $0.00 |
|---|---|

Outstanding Holds:

| Start Date | Description | Case | Agency | County | Total Debt | Paid to Date | Balance Owed |
|---|---|---|---|---|---|---|---|
| 07/18/2006 | Child and Spousal Support | 7002056013 | CHILD SUPPORT | Holmes | | $8.50 | |